**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA<br>*ex rel*. Michael Lindley,<br><br>            Plaintiff,<br>   v.<br><br>THE GALLUP ORGANIZATION,<br><br>            Defendant;<br><br>UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br>   v.<br><br>TIMOTHY CANNON,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 1:09-cv-01985 (ABJ) |

**<u>STIPULATION OF DISMISSAL</u>**

Pursuant to Rule 41(a) of the federal Rules of Civil procedure and the *qui tam* provisions

of the False Claims Act, 31 U.S.C. § 3730(b)(1), Plaintiff the United States of America, the

Relator Michael Lindley ("Relator"), and Defendant The Gallup Organization ("Gallup")

(collectively the "Parties"), through their undersigned counsel, stipulate and agree to entry of an

order dismissing the action against Gallup with prejudice to the Relator, and with prejudice to the

United States to the extent of the "Covered Conduct," as that term is defined in the settlement

agreement between the United States, Relator, and Gallup, executed on July 12, 2013, but

otherwise without prejudice to the United States.  The Court shall retain jurisdiction to enforce

the terms of the settlement agreement between the Parties and a separate settlement agreement

between the Relator and Gallup.

The Parties respectfully request that the Court enter an order in the form of the attached,

proposed order.

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

/s/ Daniel Hugo Fruchter
MICHAEL D. GRANSTON
MICHAL TINGLE
DANIEL HUGO FRUCHTER
PATRICIA FITZGERALD
JEFFREY GLEASON
U.S. Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20004
(202) 305-2035
Daniel.Fruchter@usdoj.gov

Attorneys for Plaintiff United States

/s/ Robert L. Vogel
ROBERT L. VOGEL (Bar No. 414500)
SHELLEY R. SLADE (Bar No. 406174)
JANET L. GOLDSTEIN (Bar No. 444861)
Vogel, Slade & Goldstein, LLP
1718 Connecticut Ave., N.W., 7th Floor
Washington, D.C. 20009
Tel. 202-537-5904
Fax 202-537-5905
E-mail: rvogel@vsg-law.com

DAVID J. MARSHALL (Bar No. 469949)
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue, N.W., 6th Floor
Washington, D.C. 20009
Tel. 202-299-1140

2

Fax 202-299-1148
E-mail: marshall@kmblegal.com

Attorneys for Relator Michael Lindley


 /s/ Robert T. Rhoad
ROBERT T. RHOAD (Bar No. 456535)
J. CATHERINE KUNZ (Bar No. 469105)
RICHARD L. BEIZER (Bar No. 687)
JONATHAN R. CONE (Bar No. 497113)
CHARLOTTE GILLINGHAM (Bar No. 487751)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C.  20004-2595
P:  202-624-2500
F:  202-628-5116
E:  rrhoad@crowell.com

Attorneys for Defendant The Gallup Organization

Dated: July 25, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Daniel Hugo Fruchter
Daniel Hugo Fruchter
U.S. Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, D.C. 20004
(202) 305-2035
Daniel.Fruchter@usdoj.gov

*Counsel for the United States*